UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1275
(3:13-cv-00173-GMG)

ROBERT B. YOE, PAUL MICHAEL YOE,
GLENDA STUART, JEANNINE SHOUP,
JOY MAYNARD, JEFFREY S. YOE, AND
JAMES D. YOE,

        Plaintiffs,

v.

BRANCH BANKING AND TRUST
COMPANY, a North Carolina corporation,

        Defendant.

## MOTION TO CONTINUE DEADLINES

        Comes now the Plaintiffs, by and through counsel, Richard W. Weston, and moves this honorable Court for a two-week extension of the deadlines of this case, and states the following in support:

        1.      On April 25, 2014, an amended Briefing Order was filed with a deadline of May 21, 2014, for the Plaintiffs' Opening Brief.

        2.      Undersigned counsel is diligently working on this brief.

        3.      However, over the weekend, undersigned counsel's grandfather passed away.

        4.      Undersigned counsel's office has spoken with defense counsel, Ryan Aaron and William Hallam and they do not object to the continuance.

        Therefore, Plaintiffs respectfully request a two-week extension to file their brief and the deadlines of this case, and any other relief the Court deems necessary and proper.

This the 19th day of May 2014.

        ROBERT B. YOE, PAUL MICHAEL YOE,
        GLENDA STUART, JEANNINE SHOUP,
        JOY MAYNARD, JEFFREY S. YOE, AND
        JAMES D. YOE,

By Counsel: /s/ Richard W. Weston
        Richard W. Weston
        WESTON LAW OFFICE
        West Virginia State Bar No. 9734
        621 Sixth Avenue
        Huntington, West Virginia 25701
        Phone: (304) 522-4100
        Fax:    (304) 250-3000

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1275
(3:13-cv-00173-GMG)

ROBERT B. YOE, PAUL MICHAEL YOE,
GLENDA STUART, JEANNINE SHOUP,
JOY MAYNARD, JEFFREY S. YOE, AND
JAMES D. YOE,

       Plaintiffs,

v.

BRANCH BANKING AND TRUST
COMPANY, a North Carolina corporation,

       Defendant.

### CERTIFICATE OF SERVICE

I, Richard W. Weston, do hereby certify that on this 19th day of May, 2014, I served the foregoing "Motion to Continue Deadlines," upon counsel by electronic filing with the Court Clerk who will send notification to:

David A. Barnette
Ryan J. Aaron
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301-3202
304-340-1000

William Hallam
Rosenberg Martin Greenberg, LLP
25 S. Charles Street, 21st Floor
Baltimore, MD 21201
410-727-6600

/s/ Richard W. Weston
Richard W. Weston
WESTON LAW OFFICE
West Virginia State Bar No. 9734
621 Sixth Avenue
Huntington, West Virginia 25701
Phone: (304) 522-4100
Fax:    (304) 250-3000